AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| YACH T MANAGEMENT SOUTH FLORIDA INC., <br><br><br><br> *Plaintiff(s)* <br><br> v. <br><br> M/V PRIVEE, a 2004 95' Sunseeker, Official No. 1249993, in rem, PRIVEE MANAGEMENT ONE, LLC, in personam, and PHILIP W. CYBURT, in personam, <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.  0:20-cv-60849 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PRIVEE MANAGEMENT ONE, LLC
c/o Corporate Creations Network, Inc.
3411 Silverside Road, Suite #104
Wilmington, Delaware 19810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   FIORILLI LAW GROUP, P.A.
3001 West State Road 84, Suite #202
Fort Lauderdale, Florida 33312
Telephone: (954) 797-7719
E-Mail: justin@fiorillilaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _Apr 27, 2020_

Angela E. Noble
Clerk of Court

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| YACHT MANAGEMENT SOUTH FLORIDA INC., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| M/V PRIVEE, a 2004 95' Sunseeker, Official No. 1249993, in rem, PRIVEE MANAGEMENT ONE, LLC, in personam, and PHILIP W. CYBURT, in personam, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  0:20-cv-60849

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PHILIP W. CYBURT
10950 Bellagio Road
Los Angeles, California 90077


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   FIORILLI LAW GROUP, P.A.
3001 West State Road 84, Suite #202
Fort Lauderdale, Florida 33312
Telephone: (954) 797-7719
E-Mail: justin@fiorillilaw.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ C.Davis*

Deputy Clerk
U.S. District Courts

Date:   Apr 27, 2020

Angela E. Noble
Clerk of Court