UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-60849-RAR

YACHT MANAGEMENT
SOUTH FLORIDA, INC.,

      Plaintiff,

v.

M/V PRIVEE, a 2004 95' Sunseeker,
Official No. 1249993, her engines, equipment,
tackle, furnishings, etc., *in rem*, *et al.*,

      Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court upon the parties' joint communication to the Court prior to Calendar Call on May 18, 2021, indicating that the parties have reached an agreement in this matter.  The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** from the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of May, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**