**"IN ADMIRALTY"**

YACHT MANAGEMENT SOUTH
FLORIDA, INC., a Florida corporation,

    Plaintiff,

v.

M/V PRIVEE, et al.

    Defendant(s).

Case No. 0:20-cv-60849-RAR

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff, YACHT MANAGEMENT SOUTH FLORIDA, INC., and Defendants, M/V PRIVEE, PRIVEE MANAGEMENT ONE, LLC and PHILIP W. CYBURT, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby file this Joint Stipulation for Voluntary Dismissal *with Prejudice* of the above-styled action. Plaintiff and Defendants respectfully request that the Court dismiss *with Prejudice* all claims and counterclaims and close the above-styled action with each Party bearing their own costs and attorneys' fees.

Dated: May 22, 2021

Respectfully submitted,

HAMILTON, MILLER & BIRTHISEL
*Counsel for Plaintiff*
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
E-mail: jhamilton@hamiltonmillerlaw.com

*/s/ Jerry D. Hamilton*

**JERRY D. HAMILTON, ESQ.**
FL Bar No. 9707000

FIORILLI LAW GROUP, P.A.
*Counsel for Plaintiff*
3001 West State Road 84, Suite 202
Fort Lauderdale, Florida 33312
Office: (954) 797-7719
Direct: (561) 727-9337
E-mail: justin@fiorillilaw.com

*/s/ Justin S. Fiorilli*

**JUSTIN S. FIORILLI, ESQ.**
FL Bar No. 111481

MOORE & COMPANY, P.A.
*Counsel for Defendants*
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
E-mail: michael@moore-and-co.com
E-mail: kvartak@moore-and-co.com

*/s/ Kavan Vartak*

**MICHAEL MOORE, ESQ.**
FL Bar No. 207845
**KAVAN VARTAK, ESQ.**
FL Bar No. 1017058

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF and served on all counsel of record on this 22nd day of May, 2021.

Respectfully submitted,

*/s/ Justin S. Fiorilli*

**JUSTIN S. FIORILLI, ESQ.**
FL Bar No. 111481