UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-60849-RAR

YACHT MANAGEMENT
SOUTH FLORIDA, INC.,

      Plaintiff,

v.

M/V PRIVEE, a 2004 95' Sunseeker,
Official No. 1249993, her engines, equipment,
tackle, furnishings, etc., *in rem*, *et al.*,

      Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

      **THIS CAUSE** comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 106]. Being fully advised, it is

      **ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs.

      **DONE AND ORDERED** in Fort Lauderdale, Florida this 2nd day of June, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record